UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:25-CR-5-D-KS-1

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER TO SEAL |
| RICHARD JAMES BORDEAUX, | ) |  |
|  | ) |  |
| Defendant | ) |  |
|  | ) |  |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 39 and its accompanying Order be sealed.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's Counsel.

This the __9__ day of September, 2025.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE